UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-00012-D

|                            |   |       |
|----------------------------|---|-------|
| UNITED STATES OF AMERICA   | ) |       |
|                            | ) |       |
| v.                         | ) | **ORDER** |
|                            | ) |       |
| ANDREW JACKSON WALTERS     | ) |       |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 33 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

IT IS SO ORDERED, this the __1__ day of __December__ , 2014.

JAMES C. DEVER III
Chief United States District Judge